UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

METALHOUSE LLC,

    Debtor.
_____/

Case No. 6:23-bk-03916-LVV

Chapter 7

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Fed.R.Bankr.P. 7007.1, Petitioning Creditor, Beksan Civi & Tel ("Beksan"), by undersigned counsel, hereby makes the following corporate ownership statement:

1. Beksan Civi & Tel is a privately held company based in Turkey.

Dated this 27th day of September 2023.

                                      */s/ Michael A. Stavros*
                                      Michael A. Stavros / FBN: 1033851
                                      **JENNIS MORSE**
                                      606 East Madison Street
                                      Tampa, FL 33602
                                      Telephone: (813) 229-1700
                                      Email: mstavros@jennislaw.com
                                                     ecf@jennislaw.com
                                                     karon@jennislaw.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the Court's CM/ECF electronic service to all parties who receive notice via CM/ECF in the ordinary course of business on this 27th day of September 2023.

                                      */s/ Michael A. Stavros*
                                      Michael A. Stavros

4888-7654-4899, v. 1