[B2500e] [Summons to Debtor in Involuntary Case for Summary Judgment]

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:   Metalhouse LLC                          Case No. 6:23-bk-03916-LVV
         4705 S. Apopka Vineland Road            Chapter 7
         Suite 140
         Orlando, FL 32819

_____Debtor*_____/

### ALIAS SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

A petition under title 11, United States Code was filed against you in this bankruptcy court on 9/21/23, requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk:   George C. Young Federal Courthouse
                        400 West Washington Street
                        Suite 5100
                        Orlando, FL 32801

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of     Michael A. Stavros
Petitioner's Attorney:  606 East Madison Street
                        Ste 2nd Floor
                        Tampa, FL 33602

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.



Sheryl L. Loesch
Clerk of Court

FILED 07/21/2023

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

[B2500e] [Summons to Debtor in Involuntary Case for Summary Judgment]

## CERTIFICATE OF SERVICE

I, __Marj Palmer__ (name), certify that on __11/8/23__ (date), I served this summons and a copy of the involuntary petition on __Metalhouse LLC__ (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

**Via Certified Mail and First Class U.S. Mail**
Metalhouse, LLC (Debtor)
c/o John C. Unsalan, Authorized Member and Registered Agent
189 S. Orange Avenue, Suite 1420
Orlando, FL 32801

**Via Certified Mail and First Class U.S. Mail**
John C. Unsalan, Authorized Member and Registered Agent
c/o Metalhouse LLC
189 S. Orange Avenue, Suite 1420
Orlando, FL 32801

**Via Certified Mail and First Class U.S. Mail**
Metalhouse, LLC
c/o Florida Secretary of State
P.O. Box 6327
Tallahassee, FL 32314

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: __11/8/23__   Signature: __Marj Palmer__

Print Name: __Marj Palmer__

Business Address: __Jennis Morse__
__606 East Madison St., 2nd FL__
__Tampa, FL 33602__

4892-0424-0014, v. 1

Fill in this information to identify the case:

United States Bankruptcy Court for the:

__Middle__ District of __Florida__
(State)

Case number (If known): _____   Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:

   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   METALHOUSE LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   4 6 – 4 9 2 8 2 4 6
   EIN

5. **Debtor's address**

   **Principal place of business**

   4705 S. APOPKA VINELAND RD.
   Number    Street

   SUITE 140

   ORLANDO                    FL    32819
   City                       State  ZIP Code

   Orange
   County

   **Mailing address, if different**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City        State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City        State    ZIP Code

Official Form 205                     Involuntary Petition Against a Non-Individual                     page 1

Debtor _____   Case number (if known) _____
         Name

**Debtor's website** (URL)    https://metalhouse.us

**Type of debtor**
- [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding LLP)
- [ ] Other type of debtor. Specify: _____

**Type of debtor's business**

Check one:
- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the types of business listed.
- [ ] Unknown type of business.

**To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- [x] No
- [ ] Yes. Debtor _____   Relationship _____
      District _____   Date filed _____   Case number, if known _____
                                            MM / DD / YYYY

      Debtor _____   Relationship _____
      District _____   Date filed _____   Case number, if known _____
                                            MM / DD / YYYY

## Part 3: Report About the Case

**Venue**

Check one:
- [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

- [ ] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- [x] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**Has there been a transfer of any claim against the debtor by or to any petitioner?**

- [x] No
- [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor _____   Case number (if known)_____
             Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Beksan Civi Tel Makina Imalat Sanayi Ve Ticaret A.S. | Trade | $ 1,000,000.00 |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $ 1,000,000.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Name  Beksan Civi Tel Makina Imalat San. Tic. A.S.
Organize Sanayi Bolgesi 2. Cadde No. 1
Number     Street
Altieylul/ Balikesir,     Turkiye            10100
City                      State           ZIP Code

Name and mailing address of petitioner's representative, if any

Name  Emre Bekki
Organize Sanayi Bolgesi 2. Cadde No. 1
Number     Street
Altieylul/Balikesir      Turkiye           10100
City                     State           ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09  21  2023
            MM / DD /YYYY

✗ _____
Signature of petitioner or representative, including representative's title

**Attorneys**

Michael Stavros, Esq.
JENNIS MORSE
606 East Madison Street, Tampa, FL 33602
Printed name
Scott S. Markowitz, Esq., TARTER KRINSKY & DROGIN LLP
Firm name, if any
1350 Broadway, 11th Floor
Number     Street
New York                 NY          10018
City                     State       ZIP Code

Contact phone  321-795-8196   Email  mstavros@jennislaw.com

Bar number
                    1033851
State          ____Florida____

✗ *Michael A. Stavros*
Signature of attorney

Date signed    __09/21/2023___
               MM / DD / YYYY

Official Form 205           Involuntary Petition Against a Non-Individual           page 3

Debtor _____    Case number (if known)_____
              Name

### Name and mailing address of petitioner

Name _____

Number   Street _____

City _____ State _____ ZIP Code _____

### Name and mailing address of petitioner's representative, if any

Name _____

Number   Street _____

City _____ State _____ ZIP Code _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number   Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
             MM / DD / YYYY

### Name and mailing address of petitioner

Name _____

Number   Street _____

City _____ State _____ ZIP Code _____

### Name and mailing address of petitioner's representative, if any

Name _____

Number   Street _____

City _____ State _____ ZIP Code _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number   Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
             MM / DD / YYYY

Official Form 205     Involuntary Petition Against a Non-Individual     page 4